UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00513-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES DANIEL COUSINO; and
2. ALFREDO ROY GARCIA,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, February 7, 2012,** and responses to these motions shall be filed by **Friday, February 17, 2012.** It is

FURTHER ORDERED that a 5-day jury trial is set to commence on **Monday, March 5, 2012, at 9:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated: January 10, 2012.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL
                CHIEF UNITED STATES DISTRICT JUDGE