UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00513-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CHARLES DANIEL COUSINO; and
2.  ALFREDO ROY GARCIA,

     Defendants.

---

## MINUTE ORDER

---

     This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Monday, April 16, 2012,** and

responses to these motions shall be filed by **Monday, April 23, 2012.**  It is

     FURTHER ORDERED that a hearing on pending motions, if any, and final trial

preparation conference, will not be set at this time.  Counsel shall contact Chambers

should a hearing become necessary.  It is

     FURTHER ORDERED that a 5-day jury trial is set for **Monday, May 7, 2012, at**

**9:00 a.m. in courtroom A-1002.**

     Dated:  March 1, 2012.

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL
                    CHIEF U. S. DISTRICT JUDGE